UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DELORES BOARMAN,

                  Plaintiff,

  v.

PCCB, Inc., et al.,

                  Defendants.

16-CV-14-FPG

DECISION AND ORDER

---

      Plaintiff Delores Boarman filed this *pro se* action on January 5, 2016 seeking relief under the American with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, and the Fair Housing Act, 42 U.S.C. § 3602. On September 22, 2017, the Court issued a Decision and Order granting Plaintiff's motion to proceed *in forma pauperis*. That Order directed Plaintiff to file an Amended Complaint by October 27, 2017, and informed Plaintiff that failure to file an Amended Complaint by that date would result in dismissal of her Complaint without further order. The Court sent Plaintiff a copy of the Order at her last known address, P.O. Box 67, Buffalo, New York 14215, and it was returned to the Court as undeliverable on December 18, 2017. Thus, Plaintiff has not received the Order and it appears that Plaintiff's address of record provided to the Court on the Case Management/Electronic Case Files System is not an address where papers may be served.

      Local Rule of Civil Procedure 5.2(d) requires that "[t]he Court must have a current address at all times. Thus, a *pro se* litigant must inform the Court immediately, in writing, of any change of address. Failure to do so may result in dismissal of the case, with prejudice." L. R. Civ. P. 5.2(d).

      Accordingly, Plaintiff must provide the Court with an address where papers may be served by January 31, 2018 or the Clerk of Court will dismiss this case with prejudice without further Court order. A copy of this Decision and Order has been mailed to the *pro se* Plaintiff at her last known address and

address of record in this case: P.O. Box 67, Buffalo, New York 14215; and, in an attempt to make contact with Plaintiff, a copy has also been sent to an additional address that appeared in the signature line of Plaintiff's Complaint: 1423 Filmore Avenue, Buffalo, New York 14211.

IT IS SO ORDERED.

Dated: December 20, 2017
      Rochester, New York

_____
HON. FRANK P. GERACI, JR.
Chief Judge
United States District Court